## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO





FIDDLER GONZALEZ &
RODRIGUEZ, LLP

    VS.                      CIVIL NO. __98-1731__ (JAF)

McALLISTER BROTHERS, INC.

### DESCRIPTION OF MOTION

DATE FILED: 7/01/99 DOCKET: 24    TITLE: MOTION TO STRIKE
                                            DEFENDANT'S EXPERT WITNESS.

[X] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__ GRANTED.

_X_ DENIED.

__ MOOT.

__ NOTED.

**OTHER: DOCKET DOCUMENT NO. 26, FILED 7/20/99 BY DEFENDANT, IS NOTED. DOCKET DOCUMENT NO. 27, JOINTLY FILED 7/23/99, IS NOTED.**

September 13, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE