## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



**FIDDLER GONZALEZ &
RODRIGUEZ, LLP**

    VS.                                    CIVIL NO. __98-1731__ (JAF)

**McALLISTER BROTHERS, INC.**

---

### DESCRIPTION OF MOTION

DATE FILED: 7/30/99  DOCKET: 28    TITLE: MOTION INFORMING CHANGE OF ADDRESS

[ ] Plaintiff(s)
[X] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

_X_ NOTED. The Clerk will note this change of address for counsel Porro-Vizcarra in ICMS.

**OTHER: DOCKET DOCUMENT NO. 29**, FILED 8/24/99 BY PLAINTIFF, IS **GRANTED**. **DOCKET DOCUMENT NOS. 30 & 32**, FILED 8/24/99 & 9/7/99 BY PLAINTIFF AND DEFENDANT, RESPECTIVELY, ARE **NOTED AND MOOT**. **MATTER DECIDED.**

**DOCKET DOCUMENT NO. 31**, FILED 9/7/99 BY DEFENDANT, IS **NOTED AND MOOT**.

---

September 13, 1999
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE