# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



FIDDLER GONZALEZ &
RODRIGUEZ, LLP,

    VS.                                  CIVIL NO. 98-1731 (JAF)

McALLISTER BROTHERS, INC.,

RECEIVED & FILED
1999 SEP 27 PM 5: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

| DATE FILED: 9/21/99 DOCKET: 36 | TITLE: RENEWED MOTION TO STRIKE DEFENDANT'S EXPERT WITNESS IN VIEW OF IMMINENT TRIAL. |
|---|---|
| [X] Plaintiff(s)<br>[ ] Defendant(s) | |

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: After further consideration, the court finds no justifiable reason why McAllister has failed to comply with its discovery obligations as to the expert.

September 22, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

3

(37)