UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Fiddler, Gonzalez & Rodriguez, LLP

VS.

Mc Allister Brothers, Inc

CIVIL NO. 98-1731 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

*RECEIVED & FILED 9/30/99 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, P.R.*

**O R D E R**

Settlement conference held. Parties agreed to settle this case by McAllister paying Fiddler the amount of 50,000. Any and all other claims existing in favor of McAllister and against Fiddler are deemed included and further barred. The present case will be dismissed and each party will bear its costs and fees. The parties mutually release each other of any further liability regarding this suit. The parties have assured each other of their interest to mutually cooperate with any collateral matter related to this suit and with each other.

Payment shall be made within 15 days.

Judgment to enter.

9/30/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(41)

(3)