ENTERED ON DOCKET
10/4/99
PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

FIDDLER GONZALEZ & RODRIGUEZ, LLP,

    Plaintiff,

v.

McALLISTER BROTHERS, INC.,

    Defendant

Civil No. 98-1731 (JAF)

## JUDGMENT

Pursuant to an Order subscribed by the court today, judgment is entered incorporating the terms and conditions of the settlement reached by the parties as set forth in said order, which terms and conditions are incorporated herein by reference.

This case is closed for all purposes.

San Juan, Puerto Rico, this 30th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)